```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  IAN L. GARRIQUES
    SUSAN PHAN
 3  Assistant U.S. Attorneys
    4401 Federal Building
 4  2500 Tulare Street
    Fresno, CA 93721
 5  (559) 497-4000
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   1:09-CR-00400-AWI
                                 )
12             Plaintiff,        )   PRELIMINARY ORDER OF
                                 )   FORFEITURE
13      v.                       )
                                 )
14  SALOMON RODRIGUEZ            )
        aka Rafael Antonio Torres)
15            Cabrera            )
        aka Jose, and            )
16                               )
    VERONICA CAPITAINE-ROSALES   )
17      aka Veronica Capitaine   )
        aka Elmire Nieves Rivera,)
18                               )
               Defendants.       )
19  _____)
```

20     Based upon the plea agreement entered into between plaintiff
21 United States of America and defendants Salomon Rodriguez, aka
22 Rafael Antonio Torres Cabrera, aka Jose, and Veronica Capitaine-
23 Rosales, aka Veronica Capitaine, aka Elmire Nieves Rivera, it is
24 hereby

25     ORDERED, ADJUDGED, AND DECREED as follows:
26     1.   Pursuant to 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6), and
27 1028(b), defendants Salomon Rodriguez' and Veronica Capitaine-
28 Rosales' interests in the following property shall be condemned and

PRELIMINARY ORDER OF FORFEITURE           1

forfeited to the United States of America, to be disposed of according to law:

    a)    One Acer Aspire BL51 laptop coputer, serial number 63578916516;

    b)    One Epson printer, serial number KNTP266939;

    c)    One Casio Exicim EX-ZR5 digital camera, serial number 33033581A;

    d)    One Fuji J20 camera, serial number 9TB0509;

    e)    One Polaroid G34 camera, serial number SNKR7001369800032; and,

    f)    One black Samsung Verizon cellular telephone, model SCH-U900, serial number A3LSCHU900.

2. The above-listed property constitutes property used, and intended to be used, in any manner or part, to commit and to facilitate the commission of a violation of 18 U.S.C. §§ 371, 1028(a)(1), (a)(2), (a)(3), and (a)(5), and 1546(a).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Immigration and Customs Enforcement, in its secure custody and control.

4. a. Pursuant to 18 U.S.C § 982(b)(1) and 18 U.S.C. § 1028(g), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture

site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

      b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6), and 1028(b) in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   February 2, 2010**          /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE