```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
SUSAN PHAN
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
(559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CR-00400-AWI |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| SALOMON RODRIGUEZ, ) | |
|     aka Rafael Antonio Torres) | |
|         Cabrera ) | |
|     aka Jose, and ) | |
| ) | |
| VERONICA CAPITAINE-ROSALES ) | |
|     aka Veronica Capitaine ) | |
|     aka Elmire Nieves Rivera,) | |
| ) | |
| Defendants. ) | |
| _____) | |

WHEREAS, on or about February 3, 2010, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6) and 18 U.S.C. § 1028(b), based upon the plea agreement entered into between plaintiff and defendants Salomon Rodriguez, aka Rafael Antonio Torres Cabrera, aka Jose, and Veronica Capitaine-Rosales, aka Veronica Capitaine, aka Elmire Nieves Rivera in the following property:

        a)   One Acer Aspire BL51 laptop computer,
            serial number 63578916516;

FINAL ORDER OF FORFEITURE    1

|   |   |   |   |
|---|---|---|---|
| 1 |   | b) | One Epson printer, serial number KNTP266939; |
| 2 |   |   |   |
| 3 |   | c) | One Casio Exicim EX-ZR5 digital camera, serial number 33033581A; |
| 4 |   | d) | One Fuji J20 camera, serial number 9TB0509; |
| 5 |   |   |   |
| 6 |   | e) | One Polaroid G34 camera, serial number SNKR7001369800032; and, |
| 7 |   | f) | One black Samsung Verizon cellular telephone, model SCH-U900, |
| 8 |   |   | serial number A3LSCHU900. |

AND WHEREAS, beginning on February 5, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6), and 18 U.S.C. § 1028(b), to be disposed of according to law, including all right, title, and interest of Salomon Rodriguez, aka Rafael Antonio Torres Cabrera, aka Jose, and Veronica Capitaine-Rosales, aka Veronica Capitaine, aka Elmire Nieves Rivera.

   2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

   3.   The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   April 8, 2010**           /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE           3